# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL PJ IMINSKI, #317265 | * |
| Petitioner, | * |
| v. | * No. 4:19CV00278-SWW-JJV |
| DOE | * |
| Respondent. | * |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is denied

2. Any pending motions are denied.

Dated this 27th day of June 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1