IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL PJ IMINSKI, *
#317265 *
 *
    Petitioner, *
v. * No. 4:19CV00278-SWW-JJV
 *
DOE *
 *
    Respondent. *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 27th day of June 2019.

                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE